# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAZMYNE MCMILLER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FRED J. HIYKEL,<br><br>　　　　　Defendant. | 8:15CV254<br><br>ORDER |

This matter is before the court *sua sponte*. On September 22, 2015, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 10. On October 23, 2015, the court extended the deadline for the parties to file their report. **See** Filing No. 13 - Text Order. The parties' deadline for filing the report was October 29, 2015; however, no planning report has been filed to date. Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before the close of business on **November 18, 2015**, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f).

Dated this 4th day of November, 2015.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　United States Magistrate Judge