IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAZMYNE MCMILLER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FRED J. HIYKEL,<br><br>　　　　　Defendant. | 8:15CV254<br><br>ORDER |

This matter is before the court on the Motion to Withdraw (Filing No. 15) filed by the plaintiff's counsel Martin A. Cannon. Mr. Cannon states he is unable to continue as counsel for the plaintiff. Mr. Cannon also seeks time to allow the plaintiff an opportunity to obtain substitute counsel. The motion fails to state whether Mr. Cannon has spoken with the plaintiff and there is no indication Mr. Cannon served the plaintiff with a copy of the motion. The court will afford the plaintiff an opportunity to respond to the motion and/or obtain substitute counsel. Accordingly,

**IT IS ORDERED**:

1. Martin A. Cannon's Motion to Withdraw (Filing No. 24) is granted.
2. The plaintiff shall have to **on or before September 1, 2016**, to retain substitute counsel. If substitute counsel has not entered an appearance by that date, the plaintiff will be considered proceeding pro se.
3. Moving counsel shall serve a copy of his motion and this order on the plaintiff and file a certificate of such service with the court, including the plaintiff's last known address.
4. All other deadlines are stayed pending resolution of this issue.

Dated this 1st day of August, 2016.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge