# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

JAZMYNE MCMILLER,

        Plaintiff,

vs.

FRED J. HIYKEL,

        Defendant.

8:15CV254

ORDER

This matter is before the court after the stay allowing time for the plaintiff to obtain substitute counsel elapsed. The plaintiff's counsel has been given leave to withdraw and the plaintiff has not had new counsel enter an appearance. The deadlines contained in the February 11, 2016, progression order were suspended. The parties now have an opportunity to confer, review the preparation of the case to date, and propose deadlines for resolution of this case. Accordingly,

**IT IS ORDERED**:

1. The plaintiff is considered proceeding pro se and counsel for the defendant may communicate with her directly.

2. Counsel for the defendant shall initiate a conference with the plaintiff and, **on or before October 8, 2016**, file a status report proposing deadlines for final progression of this case to include proposed trial dates.

Dated this 7th day of September, 2016.

                        BY THE COURT:

                        s/ Thomas D. Thalken
                        United States Magistrate Judge