IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAZMYNE MCMILLER,<br><br>Plaintiff,<br><br>vs.<br><br>FRED J. HIYKEL,<br><br>Defendant. | **8:15CV254**<br><br><br>**ORDER** |

This matter is before the court on the defendant's motion to alter or amend the order dated May 26, 2017, Filing No. 48. The court has considered the parties' positions in support of and in opposition to the motion and finds the motion should be denied.

IT IS ORDERED that the defendant's motion to alter or amend (Filing No. 48) is denied.

Dated this 14th day of June, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge